**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ROBERT L. YARBROUGH, #R7989**                                    **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 4:06cv121DPJ-JCS**

**CHRISTOPHER EPPS, Commissioner of MDOC**                    **RESPONDENT**


**<u>FINAL JUDGMENT</u>**

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to

the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby,

dismissed without prejudice, for Petitioner's failure to exhaust his available state remedies.

**SO ORDERED AND ADJUDGED** this the 7th day of December, 2006.

<u>s/ *Daniel P. Jordan III*    </u>
UNITED STATES DISTRICT JUDGE